**Charles T. SHERWIN, Plaintiff–Appellant,**

v.

**UNITED STATES DEPARTMENT OF THE AIR FORCE, Defendant–Appellee,**

and

Ronald G. Sprovero; Ronald L. Billmyer; R.S. Burrus; A.D. Talley; B.R. Henderson; Celia Smith; Laverne Harper; M.R. Peters; Robert Cutrell; Robert Stroebel; Donald Robinson; Jeff Osborne; Brad Adams; William Waller, Defendants.

No. 02–1589.

United States Court of Appeals, Fourth Circuit.

Submitted Sept. 5, 2002.

Decided Sept. 10, 2002.

Charles T. Sherwin, Appellant Pro Se. Eileen Coffey Moore, Office of the United States Attorney, Raleigh, North Carolina, for Appellee.

Before MOTZ, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Charles T. Sherwin appeals the district court's orders denying his Fed.R.Civ.P. 60(b)(6) motion and motion for correction of the docket. We have reviewed the record and find the district court did not abuse its discretion because the matters Sherwin seeks to challenge became final in 1995, and there is no basis for reopening the case at this late date. Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*